710

*In re* ESTANIS BARRENECHEA MARTÍNEZ.

*Número:* TS-16,717        *Resuelto:* 26 de febrero de 2016

*Manuel E. Ávila de Jesús*, director de la Oficina de Inspección de Notarías.

## RESOLUCIÓN

Examinada la Moción Notificando Incumplimiento de Orden, presentada por el Director de la Oficina de Inspección de Notarías (ODIN), Lcdo. Manuel E. Ávila de Jesús, y ya que la parte querellada, Lcdo. Estanis Barrenechea Martínez, no ha cumplido con la Resolución de 29 de mayo de 2015, *se provee "ha lugar" como pide la ODIN.*

*Se ordena la suspensión inmediata del licenciado Barrenechea Martínez del ejercicio de notaría y se ordena al alguacil de este Tribunal que incaute inmediatamente el sello y la obra notarial bajo la custodia del licenciado Barrenechea Martínez y los entregue al Lcdo. Manuel E. Ávila de Jesús para la correspondiente investigación e informe.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*